IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 262

| | |
|---|---|
| CHARLOTTE HUMBLE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HARRAH'S NC CASINO COMPANY, ) | |
| LLC, et al. ) | |
| ) | |
| Defendants. ) | |

Pending before the Court are three motions for *pro hac vice* admission [# 14, # 15 & #16] filed by Todd R. Ellis, counsel for Plaintiffs.

Upon a review of the motions, it appears that Lovita T. Tandy and Leslie J. Bryan are both members in good standing with the Georgia Bar and Thomas Bundy, III, is a member in good standing with the Maryland Bar, and all will be appearing with Todd R. Ellis, a member in good standing with the Bar of this Court. Additionally, each attorney has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motions [# 14, # 15 & #16]. The Court **ADMITS** Lovita T. Tandy, Leslie J. Bryan, and Thomas Bundy, III, to practice *pro hac vice* before the Court while associated with local counsel.

Signed: October 24, 2017

Dennis L. Howell
United States Magistrate Judge