IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 262

| | |
|---|---|
| CHARLOTTE HUMBLE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| HARRAH'S NC CASINO COMPANY, ) | |
| LLC, etc., ) | |
| ) | |
| Defendant. ) | |

Pending before the Court are two motions for *pro hac vice* admission [# 14, # 23 & # 24] filed by Patrick M. Aul, counsel for Defendant.

Upon a review of the motions, it appears that Jennifer T. Williams and Susan N. Eisenberg are both members in good standing with the Florida Bar and both will be appearing with Patrick M. Aul, a member in good standing with the Bar of this Court. Additionally, each attorney has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motions [# 23 & # 24]. The Court **ADMITS** Jennifer T. Williams and Susan N. Eisenberg to practice *pro hac vice* before the Court while associated with local counsel.

Signed: November 16, 2017

Dennis L. Howell
United States Magistrate Judge