# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| CHARLOTTE HUMBLE, SHARON ISACKSON, JUSTIN HUMBLE, TREVOR SIMMONS MARGARET HOOVER, BELINDA KING, and JENNIFER SPAYTH BROWNING, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:17-cv-00262-MR-DLH |
| vs. | ) ) | |
| HARRAH'S NC CASINO COMPANY, LLC, d/b/a Harrah's, Harrah's Cherokee Valley River Casino, and Harrah's Cherokee Casino Resort, | ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2018 Order.

September 28, 2018

Frank G. Johns, Clerk
United States District Court