**EXHIBIT G**

| LAST NAME | FIRST NAME | AMOUNT DUE | INCENTIVE PYMT |
|---|---|---|---|
| Acker, Jr. | William | $ 3,607.53 | |
| Adams | Mark | $ 4,543.38 | |
| Albert | Thomas | $ 3,094.33 | |
| Allen | David | $ 694.34 | |
| Anastasia | Thomas | $ 2,656.59 | |
| Anchondo | Charlene | $ 4,679.23 | |
| Anderson | Betty | $ 4,399.98 | |
| Applebaum | Cynthia | $ 2,739.61 | |
| Arango | Margaret | $ 4,649.04 | |
| Arango | Oscar | $ 4,664.13 | |
| Baker | Dorothy | $ 4,483.00 | |
| Ballinger | Estate of Porter | $ 3,901.87 | |
| Barber, III | Harold | $ 2,581.12 | |
| Barboza | Joana | $ 2,415.09 | |
| Betty | Jared-Jay | $ 3,509.42 | |
| Blakely | Wendy | $ 4,279.23 | |
| Boatwright | Dwayne | $ 4,490.55 | |
| Bradley | Cynthia | $ 3,215.08 | |
| Brandt | Timothy | $ 1,388.67 | |
| Brandt | Arlene | $ 1,388.67 | |
| Breedlove | Jessica | $ 649.05 | |
| Brown | Lisa | $ 2,671.69 | |
| Brown | Robert | $ 3,094.33 | |
| Browning | Jennifer Spayth | $ 2,430.18 | $ 1,000.00 |
| Buff | Forrest | $ 3,079.23 | |
| Burkett, Jr. | James | $ 3,962.25 | $ 1,000.00 |
| Burnett | Aaron | $ 2,490.56 | |
| Burris | Elijah | $ 1,607.54 | |
| Campbell | Regina | $ 4,543.38 | |
| Carter | Justin | $ 4,475.45 | |
| Chevalier | Nicole | $ 2,973.57 | |
| Clevez-Gutierrez | Jorge | $ 2,799.99 | |
| Cole | Richard | $ - | |
| Collins | Mark | $ 3,283.01 | |
| Cousins | Glen | $ 3,796.21 | |
| Craig | Bruce | $ 1,320.75 | |
| Craig | Virginia | $ 3,539.61 | |
| Crawford | Phyllis | $ 1,698.11 | |
| Cronenberg | Dominick | $ 2,875.46 | |
| Crowder | Curt | $ 4,784.88 | |
| Cruz | William | $ 3,275.46 | |
| Cuellar | James | $ 1,086.79 | |
| Davis | Stephanie | $ 1,909.43 | |
| Dawkins, Jr. | Kenneth | $ 784.90 | |
| Denis | Rebecca | $ 3,494.33 | |
| Diaz | Jeffrey | $ 1,773.58 | |

| LAST NAME | FIRST NAME | AMOUNT DUE | INCENTIVE PYMT |
|---|---|---|---|
| Dickerman | Lynell Berkeley | $ 2,332.07 | |
| Dillon | David | $ 4,588.66 | |
| Ducut | Remelyn | $ 3,154.70 | |
| England | Matthew | $ 4,392.44 | |
| Estes | Brian | $ 2,588.67 | $ 2,000.00 |
| Fernandez | Christopher | $ 1,124.52 | |
| Figueroa Morales | Jenniffer | $ 2,935.84 | |
| Fisher | Chandler | $ 2,445.27 | |
| Fleming, Jr. | Robert | $ 3,698.10 | |
| Forga | Teresa | $ 2,950.93 | |
| Franckoeur | Fresnel | $ 996.22 | |
| Franklino | Alicia | $ 1,501.88 | |
| Furst | George | $ 1,388.67 | |
| Gault | Antario | $ 2,558.48 | |
| Goings | Ashley | $ 1,547.16 | |
| Gouge | Elizabeth | $ 2,324.52 | |
| Gregory | Barbara | $ 3,735.83 | |
| Griffin | Dustan | $ 2,784.90 | |
| Gulley | Heather | $ 2,354.71 | |
| Halfpenny | Kim | $ 1,388.67 | |
| Halfpenny | Simon | $ 535.85 | |
| Harris | Lashanga | $ 3,381.12 | |
| Henderson | Amanda | $ 2,799.99 | |
| Henderson | Tera | $ 2,837.73 | |
| Higgins | Eddie | $ 3,698.10 | |
| Hightower | Sean | $ 2,935.84 | |
| Hogrobrooks | Enid | $ 1,796.22 | |
| Hoover | Margaret | $ 3,101.87 | $ 1,000.00 |
| Humble | Justin | $ 1,932.07 | $ 1,000.00 |
| Humble | Charlotte | $ 2,724.52 | $ 1,000.00 |
| Ingerick | Connor | $ 2,203.77 | |
| Isackson | Sharon | $ 4,316.96 | $ 1,000.00 |
| Jackson | Katrina | $ 4,218.85 | |
| Jones | Cecelia | $ 1,569.81 | |
| Jones | Sean | $ 1,750.94 | $ 2,000.00 |
| Kadlec | Jessica | $ 1,411.32 | |
| Kakoz | Jalal | $ 2,347.16 | |
| Kava | Darren | $ 2,158.48 | |
| Kava | Linda | $ 2,188.67 | |
| Kelly | Joseph | $ 1,479.24 | |
| Kessler | Shelia | $ 3,660.36 | |
| King | BeLinda | $ 2,505.65 | $ 3,000.00 |
| Kirk | Helen | $ 1,562.26 | |
| Kozma | Jodie | $ 4,271.68 | |
| Kral | Miroslav | $ 2,301.88 | |
| Laguerre | Schneider | $ 1,290.56 | |

| LAST NAME | FIRST NAME | AMOUNT DUE | INCENTIVE PYMT |
|---|---|---|---|
| LaMothe | Shirley | $ 671.70 | |
| LaMothe | Thomas | $ 3,728.29 | |
| Langston | Christopher | $ 4,490.55 | |
| Lawing | Daniel | $ 3,230.18 | |
| Leavy | Sheila | $ 1,599.99 | |
| Lewandowski | Miranda | $ 2,332.07 | |
| Lewis | Marlene | $ 2,633.95 | |
| Lewis | Lindsay | $ 4,415.08 | |
| Lossiah | Jasmine | $ 2,090.56 | |
| Maddox | Tiffany | $ 1,494.33 | |
| Maney | Rose | $ 664.15 | |
| Mangus | Ailen | $ 3,260.36 | |
| Mara | Anthony | $ 4,249.04 | |
| Marcum | Doris Ann | $ 3,139.61 | |
| Martin | Kenneth | $ 4,513.19 | |
| Martin | Lisa | $ 2,452.82 | |
| Mastifino | Lesley | $ 452.83 | |
| McCollough | Samantha | $ 4,573.57 | |
| McGhee | Charlotte | $ 3,222.63 | |
| Messersmith | Allison | $ 2,845.27 | |
| Meyer | Kelly | $ 4,543.38 | |
| Micoli | John | $ 4,633.94 | |
| Miller | Frank | $ 2,460.37 | |
| Monroe | Kimberly | $ 1,781.13 | |
| Moore | LaWanza | $ 4,679.23 | |
| Mudge | Kelly | $ 1,358.49 | |
| Mullett | Kimberly | $ 2,996.22 | |
| Murawski | Alexander | $ 3,501.87 | |
| Murcia | Vanesa | $ 2,822.63 | |
| Murcia | Wilson | $ 3,086.78 | |
| Myers | Sherri | $ 2,898.10 | |
| Newman | Rachel | $ 2,015.09 | |
| Olivieri | Mary-Catherine | $ 3,245.27 | |
| Owen | Kymberly | $ 3,275.46 | |
| Pawliczek | Patrycja | $ 4,399.98 | |
| Penland | Brooke | $ 2,898.10 | |
| Piercy, Jr. | Jimmy | $ 3,894.32 | |
| Poirot, Jr. | Edward | $ 2,769.80 | |
| Prater | Betsy | $ 2,671.69 | |
| Pratt | Mike | $ 2,777.35 | |
| Pullium | Cyrus | $ 1,283.01 | |
| Pullium | Tamera | $ 4,535.83 | |
| Ramos | Delfin | $ 2,113.20 | |
| Rasmussen | Claudia | $ 2,815.08 | |
| Rayburn-Trobaugh | Catherine | $ 1,569.81 | |
| Rodriguez | Jesus | $ 2,415.09 | |

| LAST NAME | FIRST NAME | AMOUNT DUE | INCENTIVE PYMT |
|---|---|---|---|
| Rogers | Matthew | $ 4,566.02 | |
| Saintons | James | $ 3,086.78 | |
| Sexton | Eric | $ 2,913.20 | |
| Simmons | Trevor | $ 1,358.49 | $ 1,000.00 |
| Singleton | Shellene | $ 2,483.01 | |
| Smith | James | $ 4,098.10 | |
| Snyder | Janice | $ 3,411.31 | |
| Snyder, Jr. | Stuart | $ 3,116.97 | |
| Spaulding | Brenda | $ 520.75 | |
| Spraski | Ronald | $ 3,290.55 | |
| Sprinkle | Adam | $ 2,332.07 | |
| Stucky | Heather | $ 2,762.25 | |
| Thomas | Melanie | $ 845.28 | |
| Thompson | Tamara | $ 3,539.61 | $ 2,000.00 |
| Tipton | Julie | $ 2,732.07 | |
| Tomlin | Brian | $ 4,498.10 | |
| Towns | Amanda | $ 4,120.74 | |
| Tromp | Kari | $ 2,550.93 | |
| Tucker | Marie | $ 2,822.63 | |
| Valentine | Brandi | $ 3,984.89 | |
| Valentine | Jonathan | $ 4,037.72 | |
| Vaughn | Mitzie | $ 3,871.68 | |
| Verdell | Adah | $ 1,690.56 | |
| Verdell | Levi | $ 1,879.24 | |
| Vidou | Lisa | $ 2,611.31 | |
| Walsh | Caren | $ 935.85 | |
| Wellington | Stephanie | $ 2,611.31 | |
| West | Stacy | $ 3,743.38 | |
| White | Rodney | $ 1,283.01 | |
| Whiting | Johnny | $ 4,664.13 | |
| Wiggins | Katie | $ 2,588.67 | |
| Wilson | Beverly | $ 4,188.66 | |
| Wilson | Kathy | $ 4,445.27 | |
| Witcher | Grady | $ 2,415.09 | |
| Wolf | Stephanie | $ 2,633.95 | |
| Yuzzi | Steven | $ 3,728.29 | |
| Zackman, V | Charles | $ 4,083.00 | |
| | | $ 495,500.00 | $ 16,000.00 |